THOMAS *v.* THE STATE.

LITTLE, J. No evidence appears in the record which is sufficient to establish a legal conclusion that the plaintiff in error was guilty of the offense with which he was charged. Therefore a new trial should have been granted.

*Judgment reversed. All the Justices concurring.*

Submitted January 21, — Decided February 4, 1902.

Indictment for fornication. Before Judge Janes. Haralson superior court. December 19, 1901.

*W. R. Hutcheson* and *E. S. & E. D. Griffith*, for plaintiff in error.
*W. T. Roberts, solicitor-general*, contra.